# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAPHNEY CANDY,<br><br>        Plaintiff,<br><br>v.<br><br>MANAGED LABOR SOLUTIONS, LLC, THE HERTZ CORPORATION, and ANTHONY REED (individually and in his official capacities),<br><br>        Defendant. | Case No.: 1:24-cv-308 (LEK/CFH)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that Rena Andoh, of Benesch, Friedlander, Coplan & Aronoff LLP, hereby appears in the above-entitled action on behalf of Defendant Managed Labor Solutions, LLC. Ms. Andoh hereby requests that all pleadings, notices, orders, and communications be directed to her at the contact information indicated below.

Dated: April 29, 2024

 

*s/Rena Andoh*
Rena Andoh
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
1155 Avenue of the Americas
New York, New York 10036
Telephone: 646.777.0043
Facsimile: 216.363.4588
Email: randoh@beneschlaw.com

*One of the Attorneys for Defendant Managed Labor Solutions, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2024, I caused to be served a true and correct copy of the foregoing *Notice of Appearance for Defendant Managed Labor Solutions, LLC,* by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      */s/ Rena Andoh*
Rena Andoh

*One of the Attorneys for Defendant Managed Labor Solutions, LLC*